United States District Court
Southern District of Texas
**ENTERED**
June 10, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHLOE M. MEEKS, on behalf of Z.M.B., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-20-286 |
| | § | |
| ANDREW SAUL, | § | |
| Commissioner of the Social Security Administration, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION, DENYING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, GRANTING THE PLAINTIFF'S MOTION, AND REMANDING**

This court has reviewed the United States Magistrate Judge's Memorandum and Recommendation on the cross-motions for summary judgment signed on April 27, 2021, and made a *de novo* determination. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. This court finds and concludes that the Appeals Council erred in denying Z.M.B.'s request for review despite newly submitted evidence, and that the court cannot determine whether Z.M.B. was prejudiced by that error or whether the denial of benefits decision was based on substantial evidence. The plaintiff's motion for summary judgment, (Docket Entry No. 13), is granted; the Commissioner's motion for summary judgment, (Docket Entry No. 12), is denied. This matter is remanded with instructions to further develop the record consistent with this order.

2

An order of remand is separately entered.

SIGNED on June 10, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge